UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBBIE L. FRUNZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C07-5428JKA<br><br><br><br>ORDER FOR EXTENSION<br>OF TIME |

After considering the parties' stipulation for an extension of time to file a response to Plaintiff's opening brief, it is hereby ORDERED that the Defendant shall have an extension to and including January 16, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including January 30, 2008, to file Plaintiff's Reply Brief.

DATED this 21st day of December, 2007.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Page 1          ORDER - [3:07-CV-5428-JKA]

Presented by:

s/ Joanne Dantonio
JOANNE DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

Page 2            ORDER - [3:07-CV-5428-JKA]