MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBBIE L. FRUNZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. C07-5428JKA<br><br>AGREED ORDER RE: EAJA FEES AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,047.63 and expenses in the sum of $16.14 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.  The check(s) shall be mailed to Plaintiff's attorney's office: <u>410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: February 1, 2008.


　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. KELLEY ARNOLD
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT MAGISTRATE JUDGE

AGREED ORDER RE EAJA FEES　- Page 1
[C07-5428JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Presented by:

/s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Joanne E. Dantonio
JOANNE E. DANTONIO
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per telephonic agreement)*

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order re: EAJA Fees and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joanne E. Dantonio
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA  98104-7075
Joanne.dantonio@ssa.gov

Brian C. Kipnis
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
brian.kipnis@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order to the following non-CM/ECF participants:
   NONE

DATED:  January 31, 2008                /s/ Dawn Krech
                                        Dawn Krech, Legal Assistant
                                        MADDOX & LAFFOON, P.S
                                        mcdkrech@comcast.net

AGREED ORDER RE EAJA FEES    - Page 2          MADDOX & LAFFOON, P.S.
[C07-5428JKA]                                  410-A South Capitol Way
                                               Olympia, WA. 98501
                                               (360) 786-8276