UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBBIE FRUNZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security Administration,<br><br>　　　　　Defendant. | CASE NO.　　C07-5428JKA<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>ATTORNEY'S FEES AND<br>OTHER EXPENSES UNDER<br>THE EQUAL ACCESS TO<br>JUSTICE ACT |

This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 26). Defendant does not oppose the motion. Accordingly, the motion is **GRANTED**.

Plaintiff's counsel, Jeanette Laffoon, is awarded attorney fees of $14,032 pursuant to 42 U.S.C. § 406(b).

DATED this 18th day of November, 2009.

　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

ORDER
Page - 1