# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBBIE FRUNZ

v.

MICHAEL ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5428JKA

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's counsel, Jeanette Laffoon, is awarded attorney fees of $14,032 pursuant to 42 U.S.C. § 406(b).

__November 24, 2009__  
Date

__BRUCE RIFKIN__  
Clerk

__*s/CM Gonzalez*__  
Deputy Clerk